PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER *(Tran. Court)* 2:23CR00301-004 | | | |
| DOCKET NUMBER *(Rec. Court)* 2:26-cr-00173-JAD-DJA | | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Ariana Donnise Hamilton | DISTRICT: South Carolina | | DIVISION: Florence |
| | NAME OF SENTENCING JUDGE: The Honorable Joseph Dawson, III | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: 09/22/2025 | TO: 09/21/2030 |

OFFENSE

Conspiracy to Possess with Intent to Distribute and Distribute 400 Grams or More of Fentanyl

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The offender plans to remain in the District of Nevada for the duration of supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF South Carolina

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 11, 2026
*Date*

Joseph Dawson III
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/18/2026
*Effective Date*

*United States District Judge*